**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION NO. 1:18-cv-773-WC** |
| | ) | |
| **$15,000.00 IN UNITED STATES CURRENCY;** | ) ) | |
| | ) | |
| **$10,450.00 IN UNITED STATES CURRENCY;** | ) ) | |
| | ) | |
| **$4,400.00 IN UNITED STATES CURRENCY; and,** | ) ) | |
| | ) | |
| **$3,760.00 IN UNITED STATES CURRENCY,** | ) ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

Comes now the United States of America (United States), by and through Louis V. Franklin, Sr., United States Attorney, Middle District of Alabama, and R. Randolph Neeley, Assistant United States Attorney, and states as follows:

Pursuant to the Uniform Scheduling Order (Doc. #39) entered in this cause and the Order extending the deadline for conducting a face to face settlement conference (Doc. #43), the parties now submit this notice concerning their settlement conference and mediation. The parties have conferred and a proposed resolution has been proffered but remains to be approved / rejected by the other party(ies).   Counsel for both parties are hopeful that a resolution is forthcoming and do not presently foresee mediation as necessary.

In compliance with CM/ECF Civil Administrative Procedure II.C.3., the parties hereby

certify that they have agreed to have their names electronically signed to this Joint Notice.

Respectfully submitted on this 15th day of April, 2019.

> LOUIS V. FRANKLIN, SR.
> UNITED STATES ATTORNEY
>
>
> **/s/R. Randolph Neeley**
> R. RANDOLPH NEELEY
> Assistant United States Attorney
> 131 Clayton Street
> Montgomery, Alabama 36104
> Telephone: (334) 223-7280
> E-mail: Rand.Neeley@usdoj.gov
>
>
> **/s/Randy Bruce Maddox**
> Law Offices of Bruce Maddox
> 6728 Taylor Court
> Montgomery, Alabama 36117
> Telephone: (334) 244-7333
> Email: retrocam@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2019, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system which will send notification of such filing to all counsel of

record.

Respectfully submitted,

**/s/R. Randolph Neeley**
R. RANDOLPH NEELEY
Assistant United States Attorney

4